AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | | |
|---|---|---|
| JACK MILLER<br><br>*Plaintiff(s)*<br>v.<br>RENE VALENCIANO, JAMES LOPEZ, AND CITY OF OLMOS PARK<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:22-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rene Valenciano
120 West El Prado Drive
San Antonio, Texas 78212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Grable
Grable Grimshaw PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas  78229
brandon@g2.law
(210) 963-5297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB - 2 2022    *Signature of Clerk or Deputy Clerk* JEANNETTE J. CLACK



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JACK MILLER <br><br> *Plaintiff(s)* <br> v. <br> RENE VALENCIANO, JAMES LOPEZ, AND CITY OF OLMOS PARK <br><br> *Defendant(s)* | Civil Action No. 5:22-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Olmos Park
　　　　　　　　　　　　　　　　　　120 West El Prado Drive
　　　　　　　　　　　　　　　　　　San Antonio, Texas 78212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Brandon Grable
　　　　　　　　　　　　　　　　　　　　　　Grable Grimshaw PLLC
　　　　　　　　　　　　　　　　　　　　　　1603 Babcock Road, Suite 280
　　　　　　　　　　　　　　　　　　　　　　San Antonio, Texas 78229
　　　　　　　　　　　　　　　　　　　　　　brandon@g2.law
　　　　　　　　　　　　　　　　　　　　　　(210) 963-5297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: FEB - 2 2022　　　　　　　　　　　　　　　　　　　　　　　　　JEANNETTE J. CLACK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT
for the

Western District of Texas ▼

| | |
|---|---|
| JACK MILLER<br><br>*Plaintiff(s)*<br>v.<br>RENE VALENCIANO, JAMES LOPEZ,<br>AND CITY OF OLMOS PARK<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:22-cv-00088<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAPD Officer James Lopez
314 S Santa Rosa Avenue
San Antonio, Texas 78207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Grable
Grable Grimshaw PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
brandon@g2.law
(210) 963-5297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB - 2, 2022

*Signature of Clerk or Deputy Clerk*

JEANNETTE J. CLACK