FILED
February 08, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                 DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACK MILLER | § | |
|    Plaintiff, | § | SA-22-CV-00088-OLG |
| | § | |
| vs | § | |
| | § | |
| RENE VALENCIANO, JAMES LOPEZ and | § | |
| CITY OF OLMOS PARK | § | |
|    Defendants. | § | |

## ORDER TRANSFERRING CASE

It is hereby ORDERED that this civil case assigned to the docket of Honorable Chief Judge Orlando L. Garcia is hereby TRANSFERRED to the docket of the Honorable Senior Judge David Allen Ezra. Pursuant to the Amended Order Assigning the Business of the Court effective May 10, 2021, the Clerk shall credit the case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

It is **SO ORDERED** this  8th  day of February 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE