UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACK MILLER<br>**Plaintiff** | §<br>§<br>§ | |
| v. | §<br>§ | NO. SA:22-CV-00088-DAE |
| RENE VALENCIANO<br>JAMES LOPEZ<br>AND THE CITY OF OLMOS PARK<br>**Defendants** | §<br>§<br>§<br>§ | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants CITY OF OLMOS PARK, TEXAS, RENE VALENCIANO; and JAMES LOPEZ, collectively "Defendants," Motion to Dismiss Plaintiff's Original Complaint under FRCP Rule 12(b)(1) and (6). The Court, having considered the pleadings, finds that Plaintiff fails to state a proper claim against the Defendants and the court lacks subject matter jurisdiction; therefore, Defendants' Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's Original Complaint is GRANTED. Plaintiff's claims are dismissed with prejudice.

SIGNED this _____ day of _____, 2022.

_____
U.S. DISTRICT JUDGE