

# Olmos Park Police Department

Created by Kyndra Munoz

Warning: This report contains information that is LAW ENFORCEMENT SENSITIVE. This information may be a record required to be kept confidential by law or excepted from public disclosure requirements. The unauthorized release of this information may compromise a law enforcement investigation or have an adverse impact on public safety and homeland security. This report is intended to be used by law enforcement, criminal justice, and other appropriate agencies and officials. Dissemination to the public, the news media, or other unauthorized persons is prohibited.

| Killing of Police Officers | |
|---|---|
| Gunfire | 12 (2018)  1 in Texas |
| Gunfire | 46 (2017) 14 in Texas |
| Stabbed | 1 (2017) |

| Mass Shooting (4 or more) | 5 since January 2018 |
|---|---|







## Jack Edward Miller

March 26, 2010          Terrorist Threat/Family Household : Dismissed missing witness

March 7, 2017           Criminal Trespass : Dismissed for further investigation

**ARRESTED: February 20, 2018**

**Criminal Trespass/Disorderly Conduct : Pending court date April 12, 2018**

### Class C Misdemeanors:

| Date | Offense | Status |
|---|---|---|
| July 7, 2010 | Speeding | Closed |
| Dec. 19, 2011 | Speeding | Closed |
| Mar. 4, 2014 | Speeding | Closed |
| Mar. 4, 2014 | No DL | Closed |
| Aug. 9, 2015 | Fail to Display LP | Dismissed |
| Aug. 9, 2015 | Improper lane change | Dismissed |
| Sept. 22, 2016 | Fail to ID | Dismissed |
| Sept. 22, 2016 | Cross other than Xwalk | Dismissed |
| Sept. 22, 2016 | Ped. enter path of veh. | Dismissed |
| Oct. 15, 2016 | Disorderly Conduct | Dismissed |
| Oct. 16, 2016 | Disorderly Conduct | Dismissed |
| Nov. 1, 2016 | Speeding | Closed |
| Nov. 1, 2016 | Fail to Display LP | Closed |
| Feb. 23, 2017 | Disorderly Conduct | Dismissed |



DL Number: 36172911
Name: JACK EDWARD MILLER
Date of Birth: 06281972
Address: 4839 DICK GORDON, KIRBY, TX 782190000
Race: WHITE
Height: 509
Eye Color: BLUE
Image Date: 04232015
Expiration Date: 06282019
CDL Flag: N
Sex: M
Weight: 250
Hair Color: BALD
Class: ID







Jack Edward Miller
TexasSheepDog72
14K + Followers

| City Hall | |
|---|---|
| Phone calls/Voicemails | 115 + |
| Emails | 35 + |

## February 5, 2018



## February 10, 2018



## February 20, 2018



## February 20, 2018







- San Antonio Police Department
- San Antonio Municipal Court
- Bexar County Sheriff
- Kirby Police Department
- Universal City Police Department
- Via Metropolitan Transit
- Our Lady of the Lake
- Randolph AFB
- Windcrest Police Department
- Park Police
- Seguin Police Department



# Current COV restricting ammunition in Rifles & Shotguns

| City Ordinance | |
|---|---|
| San Antonio | 21-16 |
| Alamo Heights | 10-04 |
| Hollywood Park | 38.21 |
| Leon Valley | 1.09.035 |
| Olmos Park | 24-85 |

**Section 24-85. – Unauthorized carrying of loaded rifle or shotgun.**
*It shall be unlawful for any person, other than a duly authorized peace officer, to carry a loaded rifle or loaded shotgun on any public street within the city. A rifle or shotgun shall be considered loaded if it contains a shell or shells in either barrel or magazine.*

**Section 24-86. – Offense.**
*Any person, firm, or corporation violating any provision of this article shall be guilty of a misdemeanor.*

# Michael Wayne Thompson



- 08/21/1996  Theft of Property
- 08/21/1996   Evading Arrest
- 08/21/1996  Criminal Mischief
- 09/01/2006  Possession of Marijuana
- 12/16/2013  Possession of Prohibited Weapons
- 12/16/2013  Possession of Marijuana
- 06/20/2017  Interfere with Public Duties
- 11/01/2017  Interfere with Public Duties

# Ricardo Salazar

| | |
|---|---|
| April 18, 1985 | Burglary with intent/Theft |
| August 21, 1991 | Prostitution |
| January 20, 2001 | Possession of Marijuana |
| July 25, 2003 | Possession of Marijuana |
| October 13, 2012 | Prostitution |
| February 15, 2013 | Prostitution |



Todd Delane Ferguson
February 19, 1992     Aggravated Assault

Michael Dwaine Vanhorn
May 28, 1995     Driving while Intoxicated

ARRESTED: February 24, 2018   License holder/Gun prohibited area




## Our Lady of the Lake Police

- November 2, 2016
- Numerous calls about a man with a rifle
- Caused University to go into lockdown



# Universal City Police Department

- Kitty Hawk Middle School
- Claimed son was illegally search
- Threatened school "I got something really big for the school district"
- Showed up at Police Department requesting permit to protest at the school
- Threatened staff at Police Department



**Universal City Police Department**
**Criminal Investigations Division**
Phone: (210)658-5353 Ext#759
Fax: (210)658-0331

## BOLO

On January 16, 2018, I received an email from Judson Independent School District Police notifying our department of an incident that occurred approximately three days ago at Kitty Hawk Middle School, involving Todd Ferguson's son. Ferguson is known to be a "Civil Rights Auditor" and he has posted numerous videos, on YouTube (SAEXTAZYPREZ) encountering different law enforcement agencies. Ferguson alleged his son was illegally searched by the Judson ISD Police and since then, he has been posting videos on YouTube complaining about the school district. In the videos he makes threats stating, "I got something really big for the school district". The school administration has made several attempts to contact Ferguson to no avail. At this time, it is uncertain if Ferguson will show up to the Kitty Hawk Middle School campus. Additionally, Ferguson came to our police department requesting a permit to protest in front of the school but became irate when he was informed a fee had to be paid to obtain the permit. He threatened the records staff stating he was going to obtain all police departments staff personal information and release it to the public. Use caution if you are dispatched to the middle school or encounter Ferguson.




FERGUSON, TODD, DELANE
WM, 5-11, 250, BLONDE, BLUE
13804 BILTMORE LAKES
LIVE OAK, TEXAS

Detective Daniel Carmona #107

# San Antonio Police Department

- October 15, 2016
- 8 – 911 Calls
- 1 call- Possible shooting
- 20 Rounds inserted in magazine
- Disorderly Conduct
- Profane language
- Refuse to Identify

# VIA Metropolitan Transit

- September 3, 2016 – Suspicious Activity/Man with rifle
- October 11, 2016- Man with rifle
- October 15, 2016 – Reported Assault to conduct "Audit"
- January 26, 2017 – Suspicious Activity
- March 7, 2017- Criminal Trespass/Profane Language
- July 13, 2017- Man with rifle