

NO. **633088**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| V. | § | NO 6 |
| | § | |
| JACK MILLER | § | BEXAR COUNTY, TEXAS |

## AGREED ORDER ON MOTION TO COMPEL DISCOVERY

On **MAR 3 1 2022** after hearing all arguments presented by counsel, compels the release of deposition transcripts for Chief of Police of Olmos Park Rene Valenciano, Officer Hector Ruiz and city of Olmos Park representative given in cause number 5:20-cv-00387-OLG in the United States District Court in the Western District of Texas.

SIGNED on **MAR 3 1 2022** _____.

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

Law Office of Albert Van Cleave III, PLLC
1520 W Hildebrand Ave
SAN ANTONIO, TX 78201
Tel:
Fax: (210) 701-8481

By:_____
    Elizabeth Russell
    Attorney for Petitioner
    State Bar No. 24096392
    elizabeth_r@vancleavelegal.com

_____
Jordan Brown
Assistant District Attorney, Bexar County, State of Texas