UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACK MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO:  SA:22 -CV-0088-DAE |
| | § | |
| RENE VALENCIANO, ET AL., | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

The scheduling recommendations provided by the parties on April 18, 2022 (Dkt. # 10) are adopted by the Court.  Therefore, the following dates are entered to control the course of this case:

1. The parties must mediate this case on or before **sixty days before the trial setting** and file a report in accordance with Rule 88 after the mediation is completed.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 11, 2022**, and each opposing party shall respond, in writing, by **July 25, 2022.**

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **August 11, 2022**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **July 11, 2022**.  Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **July 11, 2022.**

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within thirty (30) days** of receipt of the written report of the expert's proposed testimony, or **within**

**thirty (30) days** of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **October 11, 2022**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **November 10, 2022**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. If required, a hearing on dispositive motions will be set by the Court after all responses and replies have been filed.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

10. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on April 18, 2022, and the parties have agreed as to its contents.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, April 19, 2022.

_____
David Alan Ezra
Senior United States District Judge