# Richard Pruitt

| | |
|---|---|
| From: | Marian T. Vargas <mvargas@alamoheightstx.gov> |
| Sent: | Thursday, March 29, 2018 8:30 PM |
| To: | Mark Browne; Richard Pruitt |
| Subject: | Fwd: [BULK] Olmos Park Police Alert |
| Categories: | Blue Category |

FYI

Message from Olmos Park.

Marian Vargas Mendoza
Asst to the City Manager
Information Manager
City of Alamo Heights
210-882-1508

Sent from my Sprint Samsung Galaxy S8.

-------- Original message --------
From: City of Olmos Park <citymanager@olmospark.org>
Date: 3/29/18 7:33 PM (GMT-06:00)
To: "Marian T. Vargas" <mvargas@alamoheightstx.gov>
Subject: [BULK] Olmos Park Police Alert

A message from CITY OF OLMOS PARK

> Texas is an "Open Carry" state which authorizes persons to openly carry a handgun on their person provided he/she is licensed by the State and the person is not committing a crime. In Texas, a citizen is also allowed to openly carry a long gun without a permit as long as the person is not violating any law. In fact, a person who may have been denied a "License to Carry" a handgun permit may legally still carry a rifle and/or a shotgun without a license in public provided they are not prohibited by law and/or committing a crime.
>
> During the last two months a group of gun activists have openly carried in the City of Olmos Park. In response to calls to dispatch, Police have responded and in some instances, the individuals been detained and some arrested by Olmos Park Police. As a result of the arrests, this group via social media is promoting a protest in person somewhere in the city on April 7th. Their message is to meet at the HEB on that date. It may be earlier, but that is the date they are calling for a public

1

protest.  While they have communicated their intent to protest and rally, no Special Activity Permit for any type of protest/march has been requested and/or approved.

It is challenging when people have rifles or other firearms slung over their body or openly carrying and the officers don't know their intent and who is a law-abiding citizen or who is attempting to commit a crime.  Olmos Park Police Officers have been dispatched for disturbances involving firearms and "man with a gun" calls. Our Police Officers have to very quickly determine the intent of the person(s) carrying and/or displaying weapons/firearms.

On Thursday March 29, 2018 the Olmos Park City Council in special session voted to repeal City Ordinance 24-85 – Unauthorized carrying of a loaded rifle or shotgun within the city limits. This action was taken because in Texas, a citizen is allowed to openly carry a rifle or shotgun and the Texas Penal Code allows for officers to take action if any person is displaying any firearm in a public place in a manner calculated to alarm.

 The City's main priority is the safety and welfare of its residents and visitors and our police department is working with different law enforcement agencies to achieve a safe and peaceful resolution to this situation.

Thank You for your continued support!

This e-mail has been sent to you by the CITY OF OLMOS PARK. To maximize their communication with you, you may be receiving this e-mail in addition to a phone call with the same message. If you no longer wish to receive email notifications from CITY OF OLMOS PARK, please click here to unsubscribe.