UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JACK MILLER** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | NO. SA:22-CV-00088-DAE |
| | § | |
| **RENE VALENCIANO** | § | |
| **JAMES LOPEZ** | § | |
| **AND THE CITY OF OLMOS PARK** | § | |
| **Defendants** | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants' CITY OF OLMOS PARK, TEXAS; RENE VALENCIANO; JAMES LOPEZ; and CELIA DELEON (collectively "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint under FRCP Rule 12(b)(6).  The Court, having considered the pleadings, finds that Plaintiff fails to state a proper claim against the Defendants; therefore, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED.  Plaintiff's claims are dismissed with prejudice.

SIGNED this _____ day of _____, 2022.

_____
U.S. DISTRICT JUDGE