DEPARTMENT OF THE ARMY
81ST READINESS DIVISION
81 WILDCAT WAY
FORT JACKSON, SC 29207-6833

AFRC-SSC-CG

ORDER NUMBER: 088073                                              14 May 2022

GRABLE BRANDON JAY                        ▓▓▓▓▓▓▓▓ 1SG
                                          0355 REGT 1 BN DET 3 (CO C) (W75204)
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                      4722 MCARDLE ROAD
                                          CORPUS CHRISTI, TX 78411-3905

**YOU ARE ORDERED TO ACTIVE DUTY TRAINING [ADT] FOR THE PERIOD INDICATED. UPON COMPLETION OF THE PERIOD OF ADT, UNLESS SOONER RELIEVED OR EXTENDED BY PROPER AUTHORITY, YOU WILL RETURN TO THE PLACE WHERE YOU ENTERED ADT AND BE RELIEVED FROM SUCH DUTY.**

    PERIOD: 5 DUTY DAY(S)
    REPORT TO: FT. SILL, OKLAHOMA
    TIME/DATE: NOT LATER THAN 13:00 HRS 2022/05/18     [VOCO DATE: 2022/05/14]
    ATTACHED TO:
    PURPOSE: HN-PRSA- 95A TNG & SPT- OTD BDE SYMPOSIUM
ADD'L INSTRUCTIONS: DA FORM 5960 RECERTIFIED  2018/09/21
    SEE PAGE TWO FOR ADDITIONAL INSTRUCTIONS LIST.


FOR ARMY USE AUTH:**10 USC 12301(d) ADT**                HOR: SAME AS SNL

ACCOUNTING CLASSIFICATION For FY 2022:

APC: **R6YVWI**    DRN: **GRA80700880730**

    021 207010D22 A24PS 1G31K0PRSA 1198     40087472 021001
    021 207010D22 A24PS 1G31K0PRSA 122A     40087472 021001
    021 207010D22 A24PS 1G31K0PRSA 122D     40087472 021001

PERFORMANCE FACTORS: PART - 1           MDS - 5        FMGR - HN        UUC -
PPN: NA    COMP: USAR  FORMAT: 260   SECURITY CLEARANCE REQUIRED:N   PEBD: 2004/05/11
AT TRNG DAYS: 8    ADT TRNG DAYS: 5   ADTS TRNG DAYS: 0              ADOS-RC DAYS: 0

DISTRIBUTION:
4 - INDIVIDUAL
1 - INDIVIDUAL MPRJ                              OFFICIAL
1 - UNIT OF ASSIGMENT                             81ST RD
1 - MSC                                     FOR THE COMMANDER:
1 - FUND MANAGER                               PETER T. QUINN
                                                 CIV, USAR
PROGRAM CODE: 9912    RFO NUMBER: 103849         CHIEF OF STAFF
FUND MGR: HN - PRSA-95A CMD FUNC & TNG

---

COMPLETION OF CERTIFICATION BELOW IS REQUIRED ON ALL TOURS OF DUTY TO RECEIVE/MAINTAIN PAYMENT. I CERTIFY THAT I HAVE COMPLIED WITH THE ABOVE ORDER/AMENDMENTS. I HEREBY CLAIM ANY AMOUNT DUE ME. THE STATEMENTS ON THIS FORM ARE TRUE AND COMPLETE. IF A FEDERAL EMPLOYEE, I CERTIFY THAT I HAVE APPLIED FOR THE APPROPRIATE LEAVE. INCLUSIVE DATES OF DUTY PERFORMED ARE 18May22 to 22May22 (INCLUDING TRAVEL) A DD FORM 1351-2 WILL/WILL NOT BE SUBMITTED FOR THIS CLAIM. (FOR PERIODS OF 30 DAYS OR MORE ONLY:) I USED 0 DAYS OF LEAVE DURING THIS PERIOD. DA FORM(S) 31 ARE ATTACHED FOR LEAVE USED.

1SG BRANDON J. GRABLE                    Gerald Fogel 1SG
SOLDIER'S PRINTED NAME                   CERTIFYING OFFICIAL'S PRINTED NAME
[signature] 22 May 22                    [signature] 22 May 22
SOLDIER'S SIGNATURE/DATE                 CERTIFYING OFFICIAL'S SIGNATURE/DATE

PENALTY: The penalty for willfully making a false claim is: A maximum fine of $10,000 or maximum imprisonment of 5 years or both. (U.S. Code, Title 18, Sec 287)   |   The Certifying Officer must have personal knowledge or documentation supporting the fact that the duty was satisfactorily performed.

```
                          DEPARTMENT OF THE ARMY
AFRC-SSC-CG               81ST READINESS DIVISION
                              81 WILDCAT WAY
                          FORT JACKSON, SC 29207-6833
```

ORDER NUMBER: 088073                                         14 May 2022

GRABLE BRANDON JAY
                                          1SG
                                          0355 REGT 1 BN DET 3 (CO C) (W75204)
                                          4722 MCARDLE ROAD
                                          CORPUS CHRISTI, TX 78411-3905

ADD'L INSTRUCTIONS:
  FAILURE TO COMPLY WITH THIS ORDER VIOLATES UCMJ
  IF YOU CANNOT PERFORM THIS DUTY, NOTIFY YOUR UNIT IMMEDIATELY
  DUTY IS OUTSIDE OF COMMUTING DISTANCE.
  GOVERNMENT QUARTERS ARE AVAILABLE NOT DIRECTED.
  GOVERNMENT MEALS ARE NOT AVAILABLE OR DIRECTED.
  POC IS AUTHORIZED (LIMITED TO COST OF CONSTRUCTIVE COMMERCIAL TRAVEL).
  TRAVELER IS GOVERNMENT CREDIT CARD HOLDER.
  ORDER MUST BE PAID BY 30 DAYS AFTER TRAVEL OR ORDER WILL BE REVOKED
  SUBJECT TO THE AVAILABILITY OF FUNDS.
  PERFORMING DUTY ON AN ARMY INSTALLATION"
  TRAVEL PAID USING DTS      (DO NOT FILE A MANUAL TRAVEL VOUCHER).
  THIS IS NOT A PERSTEMPO EVENT
  OBLIGATION CONTINGENT UPON PASSED APPROPRIATION LEGISLATION.
  TRAVEL IN CONJUNCTION WITH DTS -- BASE PAY ONLY
  TRVL CAN'T BE ACCOMPLISHED BY VTC, TELECONF, OR ONLINE(/JTR C4000)
  GTCC ATM CASH WITHDRAWL NOT AUTHORIZED PER REGULATION
  TRAVEL CAN'T BE ACCOMPLISHED LESS EXPENSIVELY BY CORRESPONDENCE
  THIS ORDER IS NOT A REISSUED MANUAL ORDER
  SUBJECT TO THE AVAILABILITY OF FUNDS.
  USE OF COMM TRAVEL OFFC (CTO) IS MANDATORY FOR COMM TRANSPORTATION
  TRANSPORTATION UTILIZES TRAVELER PURCHASED TICKET (IBA)

FORMAT: 260

```
                              OFFICIAL

                              81ST RD
```
                              FOR THE COMMANDER:
                                 PETER T. QUINN
                                 CIV, USAR
                                 CHIEF OF STAFF