# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JACK MILLER** § | | |
| *Plaintiff* § | | |
| § | | |
| vs. § | Case No.: SA:22-CV-0088-DAE | |
| § | | |
| **RENE VALENCIANO, JAMES LOPEZ** § | | |
| **and CITY OF OLMOS PARK** § | | |
| *Defendants.* § | | |

## [PROPOSED] ORDER

Before the Court is *Jack Miller's Opposed Motion for Leave to File Out of Time Plaintiff's Response to Defendants' Motion to Dismiss* filed on May 25, 2022.  *See* Dkt. No. 18.  The Court finds that the motion should be granted.

**IT IS THEREFORE ORDERED THAT** the motion, *Jack Miller's Opposed Motion for Leave to File Out of Time Plaintiff's Response to Defendants' Motion to Dismiss* filed on May 25, 2022, at Dkt. No. 18, is **GRANTED**, and Plaintiff is permitted to file his response to *Defendants' 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint*, filed at Dkt. No. 16, by May 31, 2022.

SIGNED ON _____.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE