# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACK MILLER | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | Case No.: SA:22-CV-0088-DAE |
| | § | |
| RENE VALENCIANO, JAMES LOPEZ | § | |
| and CITY OF OLMOS PARK | § | |
| *Defendants.* | § | |

## PLAINTIFFS' COUNSEL AUSTIN REYNA MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff's counsel, Brandon J. Grable, on behalf of Austin M. Reyna, and respectfully moves this Honorable Court to allow him to withdraw from this case, pursuant to Local Rule 84.3 Withdrawal of Appearance.

The undersigned moves this Court to enter an order withdrawing Austin Reyna from this matter. The undersigned, Brandon J. Grable, will remain as lead counsel. Mr. Reyna is no longer employed by Grable Grimshaw PLLC and is in a staff attorney position with the State of Texas.

Now, the undersigned moves to seek the withdrawal of Austin Reyna. Mr. Reyna's employment with Grable Grimshaw PLLC terminated on March 16, 2022, after accepting employment as a staff attorney with this state's Fourth Court of Appeals.

Mr. Grable will continue as lead counsel for all Plaintiff.

Respectfully Submitted,

**GRABLE GRIMSHAW PLLC**

_____
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@g2.law
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby affirm that on this 26th day of May 2022, the foregoing document was filed with the Court's CM/ECF electronic filing system and that a copy of said document was served upon all parties of record.

_____
Brandon J. Grable