## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JACK MILLER** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **Case No.: SA:22-CV-0088-DAE** |
| | § | |
| **RENE VALENCIANO, JAMES LOPEZ** | § | |
| **and CITY OF OLMOS PARK** | § | |
| *Defendants.* | § | |

---

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

---

Before the Court is *Plaintiffs' Counsel Austin Reyna Motion to Withdraw as Counsel* filed by Brandon J. Grable of Grable Grimshaw PLLC on May 26, 2022.  The motion makes clear that Brandon J. Grable will remain on as lead counsel for Plaintiff.

**IT IS THEREFORE ORDERED THAT** the motion, *Plaintiffs' Counsel Austin Reyna Motion to Withdraw as Counsel*, is **GRANTED**.

**IT IS SO ORDERED**.

SIGNED _____.

_____